NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

## 2009-3006

CHARLES G. MORGAN,

Petitioner,

v.

DEPARTMENT OF ENERGY,

Respondent.

Petition for review of the Merit Systems Protection Board in
SF1221080135-W-1.

ON MOTION

Before GAJARSA, Circuit Judge.

ORDER

The Department of Energy moves without opposition for a 28-day extension of

time, until October 15, 2009, to file its brief.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted. No further extensions should be anticipated.

FOR THE COURT

SEP 3 0 2009
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc: Richard Segerblom, Esq.
    Jane W. Vanneman, Esq.

s17

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

SEP 3 0 2009

JAN HORBALY
CLERK